IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANCO,

        Plaintiff,                    No. CIV S-07-0072 FCD EFB P

    vs.

CMF WARDEN, et al.,

        Defendants.         ORDER

                             /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his amended complaint. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's July 20, 2007, request is granted and plaintiff has until September 21, 2007, to file his amended complaint.

        So ordered.

Dated: July 24, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE