IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRANCO,

      Plaintiff,                      No. CIV S-07-0072 FCD EFB P

    vs.

CMF WARDEN, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 26, 2007, plaintiff filed an application for leave to proceed *in forma pauperis*. On July 6, 2007, the court granted that motion and directed plaintiff's custodian to collect payments from plaintiff's prison trust account until the entire $350 filing fee is paid. On September 11, 2007, the court received payment of the entire $350 filing fee from Kim J. Jesse. Thus, it is not necessary to continue collecting payments from plaintiff's trust account and any payments in excess of $350 must be refunded to plaintiff.

      Accordingly, it is ORDERED that:

      1. The July 6, 2007, order directing plaintiff's custodian to collect payments from plaintiff's prison trust account is vacated;

////

2. The Clerk shall serve a copy of this order upon the Director of the California Department of Corrections and Rehabilitation and deliver a copy of this order to the Clerk's financial division; and

3. The Clerk of the Court shall determine whether plaintiff has paid more than the $350 filing fee, and if so return to plaintiff any amounts paid in excess thereof.

Dated: October 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE